

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00117-CV

Clinton **HABY** and Heidi Haby,
Appellants

v.

**RIVER TRAIL PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-434
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the part of the trial court's judgment ordering Appellee River Trail Property Owners Association to recover the sum of $10,000.00 in attorney's fees from Appellants Clinton Haby and Heidi Haby is REVERSED, and the case is REMANDED to the trial court for trial on Appellee River Trail Property Owners Association's claim for attorney's fees. The remainder of the trial court's judgment is AFFIRMED. It is ORDERED that the parties bear their own costs on appeal.

SIGNED February 26, 2020.

_Irene Rios_
Irene Rios, Justice